# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| RICHARD JACOB HEASLEY, | ) Case No: 19-22927-CMB |
| Debtor(s). | ) Chapter 13 |
| RICHARD JACOB HEASLEY, | ) |
| Movant(s), | ) Document No.: 10 |
| v. | ) |
| NO RESPONDENT. | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

## ORDER ON MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 PETITION, PLAN, DECLARATION AND RELATED DOCUMENTS

**And Now,** the ___5th___ day of _____August_____, 2019, after careful consideration of the Debtor's Motion to Extend Time, **It Is Hereby Ordered,** that the Debtor shall file a completed Chapter 13 Petition, Plan, Declaration and related documents no later than August 21, 2019.

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

FILED
8/5/19 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22927-CMB
Richard Jacob Heasley                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 1            Date Rcvd: Aug 05, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2019.
db              +Richard Jacob Heasley,    334 North Pike Road,    Sarver, PA 16055-9737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2019 at the address(es) listed below:
          Dai  Rosenblum    on behalf of Debtor Richard Jacob Heasley Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4