| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / SZB 24113417 | 01/ | 572097 | 1 of 1 |

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

# Earnings Statement



Period Starting: 07/14/2019
Period Ending: 07/27/2019
Pay Date: 07/31/2019

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal: 0              Federal:
  State: 0                State:
  Local: 0                Local:
Social Security Number: XXX-XX-XXXX

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 70.75 | 902.06 | 10701.50 |
| Overtime | | | 0.00 | 172.05 |
| Holiday | | | 0.00 | 306.00 |
| Bereavement | | | 0.00 | 99.20 |
| **Gross Pay** | | | **$902.06** | **$11,278.75** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 70.75 | 864.25 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -83.25 | 965.32 |
| Social Security | -55.93 | 699.28 |
| Medicare | -13.08 | 163.54 |
| Pennsylvania State Income | -27.69 | 346.26 |
| Pennsylvania State UI | -0.54 | 6.76 |
| Freeport B Local Income | -9.02 | 112.81 |
| Freeport Boro Local Services | -2.00 | 32.00 |
| **Net Pay** | **$710.55** | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| ▓▓▓▓▓▓▓ | XXXXXXXXX | 710.55 |

Your federal taxable wages this period are $902.06

---

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Pay Date:    07/31/2019



Deposited to the account
Checking DirectDeposit



| | account number | transit/ABA | amount |
|---|---|---|---|
| | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | 710.55 |

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| RB / SZB 24113417 | 01/ | 555624 | 1 of 1 | Earnings Statement | ADP |

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Period Starting: 06/30/2019
Period Ending: 07/13/2019
Pay Date: 07/17/2019

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal:  0           Federal:
  State:    0           State:
  Local:    0           Local:
Social Security Number:  XXX-XX-XXXX

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 71.50 | 911.63 | 9799.44 |
| Overtime | | | 0.00 | 172.05 |
| Holiday | | | 0.00 | 306.00 |
| Bereavement | | | 0.00 | 99.20 |
| Gross Pay | | | $911.63 | $10,376.69 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 71.50 | 793.50 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| | XXXXXXXXX | 717.83 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.40 | 882.07 |
| Social Security | -56.52 | 643.35 |
| Medicare | -13.22 | 150.46 |
| Pennsylvania State Income | -27.99 | 318.57 |
| Pennsylvania State UI | -0.55 | 6.22 |
| Freeport B Local Income | -9.12 | 103.79 |
| Freeport Boro Local Services | -2.00 | 30.00 |
| Net Pay | $717.83 | |

Your federal taxable wages this period are $911.63

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Pay Date:  07/17/2019



Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| | | 717.83 |

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / SZB 24113417 | 01/ | 539215 | 1 of 1 |

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

# Earnings Statement

![ADP]

Period Starting:    06/16/2019
Period Ending:      06/29/2019
Pay Date:           07/03/2019

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
  Federal:   0              Federal:
  State:     0              State:
  Local:     0              Local:
Social Security Number:   XXX-XX-XXXX

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 47.50 | 605.63 | 8887.81 |
| Overtime | | | 0.00 | 172.05 |
| Holiday | | | 0.00 | 306.00 |
| Bereavement | | | 0.00 | 99.20 |
| Gross Pay | | | $605.63 | $9,465.06 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.68 | 797.67 |
| Social Security | -37.55 | 586.83 |
| Medicare | -8.78 | 137.24 |
| Pennsylvania State Income | -18.59 | 290.58 |
| Pennsylvania State UI | -0.36 | 5.67 |
| Freeport B Local Income | -6.06 | 94.67 |
| Freeport Boro Local Services | -2.00 | 28.00 |
| Net Pay | $484.61 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 47.50 | 722.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| ████████ | XXXXXXXXX | 484.61 |

Your federal taxable wages this period are $605.63

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Pay Date:    07/03/2019



THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | | | 484.61 |

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / SZB 24113417 | 01/ | 521670 | 1 of 1 |

Earnings Statement



Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Period Starting:  06/02/2019
Period Ending:   06/15/2019
Pay Date:         06/19/2019

Taxable Marital Status:   Single
Exemptions/Allowances:       Tax Override:
  Federal:   0                Federal:
  State:     0                State:
  Local:     0                Local:
Social Security Number:   XXX-XX-XXXX

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 47.50 | 605.63 | 8282.18 |
| Overtime | | | 0.00 | 172.05 |
| Holiday | | | 0.00 | 306.00 |
| Bereavement | | | 0.00 | 99.20 |
| Gross Pay | | | $605.63 | $8,859.43 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 47.50 | 674.50 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
|  | XXXXXXXXX | 484.62 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.68 | 749.99 |
| Social Security | -37.54 | 549.28 |
| Medicare | -8.78 | 128.46 |
| Pennsylvania State Income | -18.59 | 271.99 |
| Pennsylvania State UI | -0.36 | 5.31 |
| Freeport B Local Income | -6.06 | 88.61 |
| Freeport Boro Local Services | -2.00 | 26.00 |
| Net Pay | $484.62 | |

Your federal taxable wages this period are $605.63

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Pay Date:    06/19/2019

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| | | 484.62 |

THIS IS NOT A CHECK

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

Company Code   Loc/Dept   Number   Page    Earnings Statement 
RB / SZB 24113417   01/    504343

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Period Starting:   05/19/2019
Period Ending:    06/01/2019
Pay Date:         06/05/2019

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
  Federal:   0             Federal:
  State:     0             State:
  Local:     0             Local:
Social Security Number:   XXX-XX-XXXX

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.7500 | 47.00 | 599.25 | 7676.55 |
| Overtime | | | 0.00 | 172.05 |
| Holiday | 19.1250 | 16.00 | 306.00 | 306.00 |
| Bereavement | | | 0.00 | 99.20 |
| Gross Pay | | | $905.25 | $8,253.80 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 47.00 | 627.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| | XXXXXXXXX | 712.98 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -83.63 | 702.31 |
| Social Security | -56.13 | 511.74 |
| Medicare | -13.13 | 119.68 |
| Pennsylvania State Income | -27.79 | 253.40 |
| Pennsylvania State UI | -0.54 | 4.95 |
| Freeport B Local Income | -9.05 | 82.55 |
| Freeport Boro Local Services | -2.00 | 24.00 |
| Net Pay | | $712.98 |

Your federal taxable wages this period are $905.25

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Pay Date:   06/05/2019

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| | X | 712.98 |



Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Company Code | Loc/Dept | Number | Page | | Earnings Statement | |
|---|---|---|---|---|---|---|
| RB / SZB 24113417 | 017 | 487847 | 1 of 1 | | | |

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Period Starting: 05/05/2019
Period Ending: 05/18/2019
Pay Date: 05/22/2019

Taxable Marital Status: Single
Exemptions/Allowances:  Tax Override:
  Federal: 0        Federal:
  State: 0          State:
  Local: 0          Local:
Social Security Number: XXX-XX-XXXX

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.4000 | 61.75 | 765.70 | 7077.30 |
| Overtime | | | 0.00 | 172.05 |
| Bereavement | | | 0.00 | 99.20 |
| Gross Pay | | | $765.70 | $7,348.55 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 61.75 | 580.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -66.88 | 618.68 |
| Social Security | -47.47 | 455.61 |
| Medicare | -11.10 | 106.55 |
| Pennsylvania State Income | -23.51 | 225.61 |
| Pennsylvania State UI | -0.46 | 4.41 |
| Freeport B Local Income | -7.66 | 73.50 |
| Freeport Boro Local Services | -2.00 | 22.00 |
| Net Pay | $606.62 | |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| ■■■■■■ | XXXXXXXXX | 606.62 |

Your federal taxable wages this period are $765.70

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Pay Date:    05/22/2019

Deposited to the account
Checking DirectDeposit




| | account number | transit/ABA | amount |
|---|---|---|---|
| | | | 606.62 |

Richard J Heasley
334 N Pike Road
Sarver, PA 16055



## Earnings Statement

Company Code / Dept Number: RB / SZB 24113417 01 / 471254

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Period Starting: 04/21/2019
Period Ending: 05/04/2019
Pay Date: 05/08/2019

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
 Federal: 0   Federal:
 State: 0    State:
 Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.4000 | 62.50 | 775.00 | 6311.60 |
| Overtime | | | 0.00 | 172.05 |
| Bereavement | | | 0.00 | 99.20 |
| **Gross Pay** | | | **$775.00** | **$6,582.85** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -68.00 | 551.80 |
| Social Security | -48.05 | 408.14 |
| Medicare | -11.24 | 95.45 |
| Pennsylvania State Income | -23.79 | 202.10 |
| Pennsylvania State UI | -0.47 | 3.95 |
| Freeport B Local Income | -7.75 | 65.84 |
| Freeport Boro Local Services | -2.00 | 20.00 |
| **Net Pay** | **$613.70** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 62.50 | 518.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| | XXXXXXXXX | 613.70 |

Your federal taxable wages this period are $775.00

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Pay Date: 05/08/2019



Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| | | 613.70 |

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / SZB 24113417 | 01/ | 454755 | 1 of 1 |

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

## Earnings Statement

ADP

Period Starting:   04/07/2019
Period Ending:    04/20/2019
Pay Date:              04/24/2019

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
  Federal:   0                              Federal:
  State:       0                               State:
  Local:       0                               Local:
Social Security Number:   XXX-XX-XXXX

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.4000 | 17.00 | 210.80 | 5536.60 |
| Overtime | | | 0.00 | 172.05 |
| Bereavement | | | 0.00 | 99.20 |
| Gross Pay | | | $210.80 | $5,807.85 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -6.46 | 483.80 |
| Social Security | -13.07 | 360.09 |
| Medicare | -3.05 | 84.21 |
| Pennsylvania State Income | -6.47 | 178.31 |
| Pennsylvania State UI | -0.12 | 3.48 |
| Freeport B Local Income | -2.11 | 58.09 |
| Freeport Boro Local Services | -2.00 | 18.00 |
| Net Pay | $177.52 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 17.00 | 455.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| ███████ | XXXXXXXXX | 177.52 |

Your federal taxable wages this period are $210.80

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Pay Date:    04/24/2019

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | | | 177.52 |

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / SZB 24113417 | 01/ | 438712 | 1 of 1 |

**Earnings Statement**

![ADP]

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Period Starting: 03/24/2019
Period Ending: 04/06/2019
Pay Date: 04/10/2019

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 0         Federal:
  State: 0           State:
  Local: 0           Local:
Social Security Number: XXX-XX-XXXX

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.4000 | 61.25 | 759.50 | 5325.80 |
| Overtime | | | 0.00 | 172.05 |
| Bereavement | 12.4000 | 8.00 | 99.20 | 99.20 |
| Gross Pay | | | $858.70 | $5,597.05 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -78.04 | 477.34 |
| Social Security | -53.24 | 347.02 |
| Medicare | -12.45 | 81.16 |
| Pennsylvania State Income | -26.36 | 171.84 |
| Pennsylvania State UI | -0.52 | 3.36 |
| Freeport B Local Income | -8.59 | 55.98 |
| Freeport Boro Local Services | -2.00 | 16.00 |
| Net Pay | | $677.50 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 61.25 | 438.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| | XXXXXXXXX | 677.50 |

Your federal taxable wages this period are $858.70

Freeport EMS
400 Market St
P O Box 158
Freeport, PA 16229

Pay Date: 04/10/2019



Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| | | 677.50 |

Richard J Heasley
334 N Pike Road
Sarver, PA 16055

West Penn Allegheny Health System   30 Isabella Street Pittsburgh, PA 15212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Heasley | West Penn Allegheny Health System | | 06/23/2019 | 07/06/2019 | 07/12/2019 | |

| | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,066.63 | 76.93 | 0.81 | 771.51 |
| YTD | 15,844.38 | 1,113.48 | 11.34 | 11,463.60 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Full Time | | 0 | | | 203.52 |
| OT Straight (1x) | 06/23/2019 - 06/29/2019 | 0.2 | 12.72 | 2.55 | 581.36 |
| OT- FLSA Premium (½) | 06/23/2019 - 06/29/2019 | 0.2 | 6.64 | 1.33 | 304.20 |
| PTO Scheduled - Time Off | | 0 | | | 1,424.64 |
| Regular Pay | 06/23/2019 - 07/06/2019 | 80 | 12.72 | 1,017.60 | 12,726.37 |
| Weekday Shift Pay | 06/23/2019 - 07/06/2019 | 46.2 | 0.75 | 34.65 | 520.29 |
| Weekend Night Shift Pay | 06/23/2019 - 07/06/2019 | 14 | 0.75 | 10.50 | 64.00 |
| Earnings | | | | 1,066.63 | 15,844.38 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 64.00 | 952.61 |
| Medicare | 14.97 | 222.79 |
| Federal Withholding | 93.76 | 1,417.70 |
| State Tax - PA | 31.69 | 471.70 |
| SUI-Employee Paid - PA | 0.64 | 9.51 |
| City Tax - NKENS | 10.32 | 153.65 |
| PA LST - NKENS | 2.00 | 28.00 |
| Employee Taxes | 217.38 | 3,255.96 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 42.67 | 633.84 |
| Dental-Pre Tax | 9.04 | 126.56 |
| Medical-Pre Tax | 23.95 | 335.30 |
| Vision Pre-Tax | 1.27 | 17.78 |
| Pre Tax Deductions | 76.93 | 1,113.48 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life and AD&D | 0.81 | 11.34 |
| Post Tax Deductions | 0.81 | 11.34 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 42.67 | 633.84 |
| Co Paid Health | 202.46 | 2,834.44 |
| Co Paid LTD | 1.44 | 20.16 |
| Co Paid Life | 0.74 | 10.36 |
| Co Paid EAP | 0.73 | 10.22 |
| Employer Paid Benefits | 248.04 | 3,509.02 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,032.37 | 15,364.74 |
| Medicare - Taxable Wages | 1,032.37 | 15,364.74 |
| Federal Withholding - Taxable Wages | 989.70 | 14,730.90 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PNC BANK | | | | 771.51 USD |

West Penn Allegheny Health System    30 Isabella Street Pittsburgh, PA 15212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Heasley | West Penn Allegheny Health System | | 06/09/2019 | 06/22/2019 | 06/28/2019 | |

| | | Gross Pay | Pre Tax Deductions | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 1,370.08 | 89.07 | 0.81 | | 992.09 |
| YTD | | 14,777.75 | 1,036.55 | 10.53 | | 10,692.09 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Full Time | | | 0 | | 203.52 |
| OT Straight (1x) | 06/09/2019 - 06/22/2019 | 12.7 | 12.72 | 161.55 | 578.81 |
| OT- FLSA Premium (½) | 06/09/2019 - 06/15/2019 | 4.7 | 6.67 | 31.35 | |
| OT- FLSA Premium (½) | 06/16/2019 - 06/22/2019 | 8 | 6.65 | 53.20 | 302.87 |
| PTO Scheduled - Time Off | 06/09/2019 - 06/22/2019 | 4 | 12.72 | 50.88 | 1,424.64 |
| Regular Pay | 06/09/2019 - 06/22/2019 | 80 | 12.72 | 1,017.60 | 11,708.77 |
| Weekday Shift Pay | 06/09/2019 - 06/22/2019 | 60 | 0.75 | 45.00 | 485.64 |
| Weekend Night Shift Pay | 06/09/2019 - 06/22/2019 | 14 | 0.75 | 10.50 | 73.50 |
| Earnings | | | | 1,370.08 | 14,777.75 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 82.82 | 888.61 |
| Medicare | 19.37 | 207.82 |
| Federal Withholding | 128.72 | 1,323.94 |
| State Tax - PA | 41.01 | 440.01 |
| SUI-Employee Paid - PA | 0.83 | 8.87 |
| City Tax - NKENS | 13.36 | 143.33 |
| PA LST - NKENS | 2.00 | 26.00 |
| Employee Taxes | 288.11 | 3,038.58 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 54.81 | 591.17 |
| Dental-Pre Tax | 9.04 | 117.52 |
| Medical-Pre Tax | 23.95 | 311.35 |
| Vision Pre-Tax | 1.27 | 16.51 |
| Pre Tax Deductions | 89.07 | 1,036.55 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life and AD&D | 0.81 | 10.53 |
| Post Tax Deductions | 0.81 | 10.53 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 54.81 | 591.17 |
| Co Paid Health | 202.46 | 2,631.98 |
| Co Paid LTD | 1.44 | 18.72 |
| Co Paid Life | 0.74 | 9.62 |
| Co Paid EAP | 0.73 | 9.49 |
| Employer Paid Benefits | 260.18 | 3,260.98 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,335.82 | 14,332.37 |
| Medicare - Taxable Wages | 1,335.82 | 14,332.37 |
| Federal Withholding - Taxable Wages | 1,281.01 | 13,741.20 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC BANK | | | | 992.09 | USD |

West Penn Allegheny Health System   30 Isabella Street Pittsburgh, PA 15212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Heasley | West Penn Allegheny Health System | | 05/26/2019 | 06/08/2019 | 06/14/2019 | |

| | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,057.71 | 76.57 | 0.81 | 765.01 |
| YTD | 13,407.67 | 947.48 | 9.72 | 9,700.00 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Full Time | | | 0 | | 203.52 |
| OT Straight (1x) | | | 0 | | 417.26 |
| OT- FLSA Premium (½) | | | 0 | | 218.32 |
| PTO Scheduled - Time Off | 05/26/2019 - 06/08/2019 | 28 | 12.72 | 356.16 | 1,373.76 |
| Regular Pay | 05/26/2019 - 06/08/2019 | 52.5 | 12.72 | 667.80 | 10,691.17 |
| Weekday Shift Pay | 05/26/2019 - 06/08/2019 | 38 | 0.75 | 28.50 | 440.64 |
| Weekend Night Shift Pay | 05/26/2019 - 06/01/2019 | 7 | 0.75 | 5.25 | 63.00 |
| Earnings | | | | 1,057.71 | 13,407.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 63.46 | 805.79 |
| Medicare | 14.84 | 188.45 |
| Federal Withholding | 92.74 | 1,195.22 |
| State Tax - PA | 31.42 | 399.00 |
| SUI-Employee Paid - PA | 0.63 | 8.04 |
| City Tax - NKENS | 10.23 | 129.97 |
| PA LST - NKENS | 2.00 | 24.00 |
| Employee Taxes | 215.32 | 2,750.47 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 42.31 | 536.36 |
| Dental-Pre Tax | 9.04 | 108.48 |
| Medical-Pre Tax | 23.95 | 287.40 |
| Vision Pre-Tax | 1.27 | 15.24 |
| Pre Tax Deductions | 76.57 | 947.48 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life and AD&D | 0.81 | 9.72 |
| Post Tax Deductions | 0.81 | 9.72 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 42.31 | 536.36 |
| Co Paid Health | 202.46 | 2,429.52 |
| Co Paid LTD | 1.44 | 17.28 |
| Co Paid Life | 0.74 | 8.88 |
| Co Paid EAP | 0.73 | 8.76 |
| Employer Paid Benefits | 247.68 | 3,000.80 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,023.45 | 12,996.55 |
| Medicare - Taxable Wages | 1,023.45 | 12,996.55 |
| Federal Withholding - Taxable Wages | 981.14 | 12,460.19 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PNC BANK | | | | 765.01 USD |

West Penn Allegheny Health System   30 Isabella Street Pittsburgh, PA 15212

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Richard Heasley | West Penn Allegheny Health System | | | | 05/26/2019 | 06/08/2019 | 06/14/2019 | |
| | | | | Gross Pay | Pre Tax Deductions | Post Tax Deductions | | Net Pay |
| Current | | | | 1,057.71 | 76.57 | 0.81 | | 765.01 |
| YTD | | | | 13,407.67 | 947.48 | 9.72 | | 9,700.00 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Full Time | | | 0 | | 203.52 |
| OT Straight (1x) | | | 0 | | 417.26 |
| OT- FLSA Premium (½) | | | 0 | | 218.32 |
| PTO Scheduled - Time Off | 05/26/2019 - 06/08/2019 | 28 | 12.72 | 356.16 | 1,373.76 |
| Regular Pay | 05/26/2019 - 06/08/2019 | 52.5 | 12.72 | 667.80 | 10,691.17 |
| Weekday Shift Pay | 05/26/2019 - 06/08/2019 | 38 | 0.75 | 28.50 | 440.64 |
| Weekend Night Shift Pay | 05/26/2019 - 06/01/2019 | 7 | 0.75 | 5.25 | 63.00 |
| Earnings | | | | 1,057.71 | 13,407.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 63.46 | 805.79 |
| Medicare | 14.84 | 188.45 |
| Federal Withholding | 92.74 | 1,195.22 |
| State Tax - PA | 31.42 | 399.00 |
| SUI-Employee Paid - PA | 0.63 | 8.04 |
| City Tax - NKENS | 10.23 | 129.97 |
| PA LST - NKENS | 2.00 | 24.00 |
| Employee Taxes | 215.32 | 2,750.47 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 42.31 | 536.36 |
| Dental-Pre Tax | 9.04 | 108.48 |
| Medical-Pre Tax | 23.95 | 287.40 |
| Vision Pre-Tax | 1.27 | 15.24 |
| Pre Tax Deductions | 76.57 | 947.48 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life and AD&D | 0.81 | 9.72 |
| Post Tax Deductions | 0.81 | 9.72 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 42.31 | 536.36 |
| Co Paid Health | 202.46 | 2,429.52 |
| Co Paid LTD | 1.44 | 17.28 |
| Co Paid Life | 0.74 | 8.88 |
| Co Paid EAP | 0.73 | 8.76 |
| Employer Paid Benefits | 247.68 | 3,000.80 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,023.45 | 12,996.55 |
| Medicare - Taxable Wages | 1,023.45 | 12,996.55 |
| Federal Withholding - Taxable Wages | 981.14 | 12,460.19 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC BANK | | | | 765.01 | USD |

West Penn Allegheny Health System    30 Isabella Street Pittsburgh, PA 15212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Heasley | West Penn Allegheny Health System | | 05/12/2019 | 05/25/2019 | 05/31/2019 | |

| | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,068.65 | 77.01 | 0.81 | 772.96 |
| YTD | 12,349.96 | 870.91 | 8.91 | 8,934.99 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Full Time | | 0 | | | 203.52 |
| OT Straight (1x) | 05/12/2019 - 05/18/2019 | 0.3 | 12.72 | 3.82 | 417.26 |
| OT- FLSA Premium (½) | 05/12/2019 - 05/18/2019 | 0.3 | 6.64 | 2.00 | 218.32 |
| PTO Scheduled - Time Off | | 0 | | | 1,017.60 |
| Regular Pay | 05/12/2019 - 05/25/2019 | 80 | 12.72 | 1,017.60 | 10,023.37 |
| Weekday Shift Pay | 05/12/2019 - 05/25/2019 | 46.3 | 0.75 | 34.73 | 412.14 |
| Weekend Night Shift Pay | 05/12/2019 - 05/25/2019 | 14 | 0.75 | 10.50 | 57.75 |
| Earnings | | | | 1,068.65 | 12,349.96 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 64.13 | 742.33 |
| Medicare | 15.00 | 173.61 |
| Federal Withholding | 94.00 | 1,102.48 |
| State Tax - PA | 31.76 | 367.58 |
| SUI-Employee Paid - PA | 0.64 | 7.41 |
| City Tax - NKENS | 10.34 | 119.74 |
| PA LST - NKENS | 2.00 | 22.00 |
| Employee Taxes | 217.87 | 2,535.15 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 42.75 | 494.05 |
| Dental-Pre Tax | 9.04 | 99.44 |
| Medical-Pre Tax | 23.95 | 263.45 |
| Vision Pre-Tax | 1.27 | 13.97 |
| Pre Tax Deductions | 77.01 | 870.91 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life and AD&D | 0.81 | 8.91 |
| Post Tax Deductions | 0.81 | 8.91 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 42.75 | 494.05 |
| Co Paid Health | 202.46 | 2,227.06 |
| Co Paid LTD | 1.44 | 15.84 |
| Co Paid Life | 0.74 | 8.14 |
| Co Paid EAP | 0.73 | 8.03 |
| Employer Paid Benefits | 248.12 | 2,753.12 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,034.39 | 11,973.10 |
| Medicare - Taxable Wages | 1,034.39 | 11,973.10 |
| Federal Withholding - Taxable Wages | 991.64 | 11,479.05 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PNC BANK | | | | 772.96 USD |

West Penn Allegheny Health System   30 Isabella Street Pittsburgh, PA 15212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Heasley | West Penn Allegheny Health System | | 04/28/2019 | 05/11/2019 | 05/17/2019 | |

| | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,076.16 | 77.31 | 0.81 | 778.41 |
| YTD | 11,281.31 | 793.90 | 8.10 | 8,162.03 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Full Time | | | 0 | | 203.52 |
| OT Straight (1x) | 05/05/2019 - 05/11/2019 | 0.7 | 12.72 | 8.91 | 413.44 |
| OT- FLSA Premium (½) | 05/05/2019 - 05/11/2019 | 0.7 | 6.635 | 4.65 | 216.32 |
| PTO Scheduled - Time Off | | | 0 | | 1,017.60 |
| Regular Pay | 04/28/2019 - 05/11/2019 | 80 | 12.72 | 1,017.60 | 9,005.77 |
| Weekday Shift Pay | 04/28/2019 - 05/11/2019 | 46 | 0.75 | 34.50 | 377.41 |
| Weekend Night Shift Pay | 04/28/2019 - 05/11/2019 | 14 | 0.75 | 10.50 | 47.25 |
| Earnings | | | | 1,076.16 | 11,281.31 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 64.60 | 678.20 |
| Medicare | 15.11 | 158.61 |
| Federal Withholding | 94.86 | 1,008.48 |
| State Tax - PA | 31.99 | 335.82 |
| SUI-Employee Paid - PA | 0.65 | 6.77 |
| City Tax - NKENS | 10.42 | 109.40 |
| PA LST - NKENS | 2.00 | 20.00 |
| Employee Taxes | 219.63 | 2,317.28 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 43.05 | 451.30 |
| Dental-Pre Tax | 9.04 | 90.40 |
| Medical-Pre Tax | 23.95 | 239.50 |
| Vision Pre-Tax | 1.27 | 12.70 |
| Pre Tax Deductions | 77.31 | 793.90 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life and AD&D | 0.81 | 8.10 |
| Post Tax Deductions | 0.81 | 8.10 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 43.05 | 451.30 |
| Co Paid Health | 202.46 | 2,024.60 |
| Co Paid LTD | 1.44 | 14.40 |
| Co Paid Life | 0.74 | 7.40 |
| Co Paid EAP | 0.73 | 7.30 |
| Employer Paid Benefits | 248.42 | 2,505.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,041.90 | 10,938.71 |
| Medicare - Taxable Wages | 1,041.90 | 10,938.71 |
| Federal Withholding - Taxable Wages | 998.85 | 10,487.41 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PNC BANK | | | | 778.41 USD |

West Penn Allegheny Health System   30 Isabella Street Pittsburgh, PA 15212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Heasley | West Penn Allegheny Health System | | 04/14/2019 | 04/27/2019 | 05/03/2019 | |

| | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,057.02 | 76.55 | 0.81 | 764.50 |
| YTD | 10,205.15 | 716.59 | 7.29 | 7,383.62 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Full Time | | | 0 | | 203.52 |
| OT Straight (1x) | 04/21/2019 - 04/27/2019 | 0.3 | 12.72 | 3.82 | 404.53 |
| OT- FLSA Premium (½) | 04/21/2019 - 04/27/2019 | 0.3 | 6.635 | 2.00 | 211.67 |
| PTO Scheduled - Time Off | 04/14/2019 - 04/27/2019 | 24 | 12.72 | 305.28 | 1,017.60 |
| Regular Pay | 04/14/2019 - 04/27/2019 | 56 | 12.72 | 712.32 | 7,988.17 |
| Weekday Shift Pay | 04/14/2019 - 04/27/2019 | 30.8 | 0.75 | 23.10 | 342.91 |
| Weekend Night Shift Pay | 04/14/2019 - 04/27/2019 | 14 | 0.75 | 10.50 | 36.75 |
| Earnings | | | | 1,057.02 | 10,205.15 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 63.41 | 613.60 |
| Medicare | 14.83 | 143.50 |
| Federal Withholding | 92.66 | 913.62 |
| State Tax - PA | 31.40 | 303.83 |
| SUI-Employee Paid - PA | 0.63 | 6.12 |
| City Tax - NKENS | 10.23 | 98.98 |
| PA LST - NKENS | 2.00 | 18.00 |
| Employee Taxes | 215.16 | 2,097.65 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 42.29 | 408.25 |
| Dental-Pre Tax | 9.04 | 81.36 |
| Medical-Pre Tax | 23.95 | 215.55 |
| Vision Pre-Tax | 1.27 | 11.43 |
| Pre Tax Deductions | 76.55 | 716.59 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life and AD&D | 0.81 | 7.29 |
| Post Tax Deductions | 0.81 | 7.29 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 42.29 | 408.25 |
| Co Paid Health | 202.46 | 1,822.14 |
| Co Paid LTD | 1.44 | 12.96 |
| Co Paid Life | 0.74 | 6.66 |
| Co Paid EAP | 0.73 | 6.57 |
| Employer Paid Benefits | 247.66 | 2,256.58 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,022.76 | 9,896.81 |
| Medicare - Taxable Wages | 1,022.76 | 9,896.81 |
| Federal Withholding - Taxable Wages | 980.47 | 9,488.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| PNC BANK | | | | 764.50 USD |

West Penn Allegheny Health System   30 Isabella Street Pittsburgh, PA 15212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Heasley | West Penn Allegheny Health System | | 03/31/2019 | 04/13/2019 | 04/19/2019 | |

| | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,084.43 | 77.64 | 0.81 | 784.45 |
| YTD | 9,148.13 | 640.04 | 6.48 | 6,619.12 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Full Time | | | 0 | | 203.52 |
| OT Straight (1x) | | | 0 | | 400.71 |
| OT- FLSA Premium (½) | | | 0 | | 209.67 |
| PTO Scheduled - Time Off | 03/31/2019 - 04/13/2019 | 24 | 12.72 | 305.28 | 712.32 |
| Regular Pay | 03/31/2019 - 04/13/2019 | 58.6 | 12.72 | 745.40 | 7,275.85 |
| Weekday Shift Pay | 03/31/2019 - 04/13/2019 | 38 | 0.75 | 28.50 | 319.81 |
| Weekend Night Shift Pay | 03/31/2019 - 04/06/2019 | 7 | 0.75 | 5.25 | 26.25 |
| Earnings | | | | 1,084.43 | 9,148.13 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 65.11 | 550.19 |
| Medicare | 15.22 | 128.67 |
| Federal Withholding | 95.81 | 820.96 |
| State Tax - PA | 32.24 | 272.43 |
| SUI-Employee Paid - PA | 0.65 | 5.49 |
| City Tax - NKENS | 10.50 | 88.75 |
| PA LST - NKENS | 2.00 | 16.00 |
| Employee Taxes | 221.53 | 1,882.49 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 43.38 | 365.96 |
| Dental-Pre Tax | 9.04 | 72.32 |
| Medical-Pre Tax | 23.95 | 191.60 |
| Vision Pre-Tax | 1.27 | 10.16 |
| Pre Tax Deductions | 77.64 | 640.04 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life and AD&D | 0.81 | 6.48 |
| Post Tax Deductions | 0.81 | 6.48 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 43.38 | 365.96 |
| Co Paid Health | 202.46 | 1,619.68 |
| Co Paid LTD | 1.44 | 11.52 |
| Co Paid Life | 0.74 | 5.92 |
| Co Paid EAP | 0.73 | 5.84 |
| Employer Paid Benefits | 248.75 | 2,008.92 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,050.17 | 8,874.05 |
| Medicare - Taxable Wages | 1,050.17 | 8,874.05 |
| Federal Withholding - Taxable Wages | 1,006.79 | 8,508.09 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC BANK | | | | 784.45 | USD |



West Penn Allegheny Health System   30 Isabella Street Pittsburgh, PA 15212

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Heasley | West Penn Allegheny Health System | | 03/17/2019 | 03/30/2019 | 04/05/2019 | |

| | Gross Pay | Pre Tax Deductions | Post Tax Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,051.35 | 76.32 | 0.81 | 760.39 |
| YTD | 8,063.70 | 562.40 | 5.67 | 5,834.67 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Full Time | | | 0 | | 203.52 |
| OT Straight (1x) | | | 0 | | 400.71 |
| OT- FLSA Premium (½) | | | 0 | | 209.67 |
| PTO Scheduled - Time Off | 03/17/2019 - 03/30/2019 | 16 | 12.72 | 203.52 | 407.04 |
| Regular Pay | 03/17/2019 - 03/30/2019 | 64 | 12.72 | 814.08 | 6,530.45 |
| Weekday Shift Pay | 03/17/2019 - 03/30/2019 | 38 | 0.75 | 28.50 | 291.31 |
| Weekend Night Shift Pay | 03/17/2019 - 03/23/2019 | 7 | 0.75 | 5.25 | 21.00 |
| Earnings | | | | 1,051.35 | 8,063.70 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 63.06 | 485.08 |
| Medicare | 14.75 | 113.45 |
| Federal Withholding | 92.00 | 725.15 |
| State Tax - PA | 31.22 | 240.19 |
| SUI-Employee Paid - PA | 0.63 | 4.84 |
| City Tax - NKENS | 10.17 | 78.25 |
| PA LST - NKENS | 2.00 | 14.00 |
| Employee Taxes | 213.83 | 1,660.96 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AHN 401(k) Pre-Tax | 42.06 | 322.58 |
| Dental-Pre Tax | 9.04 | 63.28 |
| Medical-Pre Tax | 23.95 | 167.65 |
| Vision Pre-Tax | 1.27 | 8.89 |
| Pre Tax Deductions | 76.32 | 562.40 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life and AD&D | 0.81 | 5.67 |
| Post Tax Deductions | 0.81 | 5.67 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401kAHN-MatchPre | 42.06 | 322.58 |
| Co Paid Health | 202.46 | 1,417.22 |
| Co Paid LTD | 1.44 | 10.08 |
| Co Paid Life | 0.74 | 5.18 |
| Co Paid EAP | 0.73 | 5.11 |
| Employer Paid Benefits | 247.43 | 1,760.17 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,017.09 | 7,823.88 |
| Medicare - Taxable Wages | 1,017.09 | 7,823.88 |
| Federal Withholding - Taxable Wages | 975.03 | 7,501.30 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| PNC BANK | | | | 760.39 | USD |