**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−22927−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Richard Jacob Heasley
   334 North Pike Road
   Sarver, PA 16055

Social Security No.:
   xxx−xx−6873

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Dai Rosenblum<br>254 New Castle Road Suite B<br>Butler, PA 16001−2529<br>Telephone number:  724−283−2900 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>October 21, 2019<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>October 21, 2019<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 9/18/19

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-22927-CMB
Richard Jacob Heasley                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut                Page 1 of 1              Date Rcvd: Sep 18, 2019
                              Form ID: rsc13            Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Richard Jacob Heasley,    334 North Pike Road,    Sarver, PA 16055-9737
15092547       +PNC Bank, NA,    c/o LML Law Group PC,    701 Market Street, Ste. 5000,    BNY Independence Center,
                 Philadelphia, PA 19106-1541
15112104       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
15106773        PNC Mortgage,    P.O. Box 6534,    Carol Stream, IL 60197-6534
15109927        Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                 IRVING, TX  75014-1419
15106769        PennPower,    PO Box 3687,    Akron, OH 44309-3687
15106770       +Peoples Twp. Gas,    205 North Main Street,    Butler, PA 16001-4904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:27:43     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:20:05
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15106768        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:18:40     Capital One Bank,
                 P.O. Box 5155,    Norcross, GA 30091
15100487        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:20:18     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15106771        E-mail/Text: info@phoenixfinancialsvcs.com Sep 19 2019 03:26:56     Phoenix Financial Services,
                 8902 Otis Avenue,    Indianapolis, IN 46236
15106774       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:58
                 Resurgent/LVNV Funding,    P.O. Box 10497,    Greenville, SC 29603-0497
15093577       +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:21:27     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK NATIONAL  ASSOCIATION
15106772*      +PNC Bank NA,    c/o LML Law Group PC,    701 Market Street,   Ste. 5000, BNY Independence Center,
                 Philadelphia, PA 19106-1538
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Dai Rosenblum    on behalf of Debtor Richard Jacob Heasley Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```