IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | ) | |
| | ) | |
| RICHARD JACOB HEASLEY | ) | BANKRUPTCY CASE NO. 19-22927 |
| Debtor | ) | |
| PEOPLES GAS COMPANY LLC, F/K/A | ) | MOTION NO. |
| PEOPLES TWP LLC | ) | CHAPTER 13 |
| Movant, | ) | |
| vs. | ) | |
| RICHARD JACOB HEASLEY, and | ) | |
| RONDA J. WINNECOUR, ESQUIRE, | ) | |
| Trustee | ) | |
| Respondents. | ) | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF PEOPLES GAS COMPANY, LLC F/K/A PEOPLES TWP LLC SEEKING TO INCREASE YOUR PLAN PAYMENT TO COVER YOUR UTILITY BILLS**

TO THE DEBTORS AND ALL RESPONDENTS:

You, (the Debtor), have not paid your post petition utility bills as and when they became due. The Peoples Gas Company LLC, f/k/a Peoples TWP LLC is entitled to seek to terminate your utility service because of this failure to pay the bills.

The PEOPLES GAS COMPANY LLC, F/K/A PEOPLES TWP LLC understands that your utility service is vital to your health and safety and to the success of your Chapter 13 Plan. In past hearings, the majority of Debtors in this District have asked the Court to include their utility payments in their Chapter 13 Plan to avoid the possibility of termination. Because this appears to be the solution preferred by most Debtors, the PEOPLES GAS COMPANY LLC, F/K/A PEOPLES TWP LLC, instead of seeking to terminate your utility service at this time, is asking the Bankruptcy Court in this Motion to require the Debtor ("you") to pay your post petition delinquent utility bill and your ongoing monthly utility budget as part of your Plan payment to the Chapter 13 Trustee. **If the Court grants this Motion, your Plan payment will increase and, if you have a wage attachment, your wage attachment will increase**. This increase will pay your post petition utility bill, and you will no longer have to pay the PEOPLES GAS COMPANY LLC, F/K/A PEOPLES TWP LLC directly. If you want this to happen, you do not need to do anything else.

If you do not want this to happen, then you or your attorney must file with the Clerk and serve upon the undersigned attorney for the Movant Jeffrey R. Hunt, a written response to the attached Motion. This Response must be filed and served in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. Both the Clerk

and the Attorney must receive your written response on or before April 24, 2023, (Seventeen (17) calendar days after the date of this Notice).  If your written response is not received by this date, the Bankruptcy Court will grant this Motion without a hearing.  See Local Bankruptcy Rule 9013.4.

If you do not file a Response but pay all the delinquent bills and any security deposit due on your post petition account before the date a Response is due, April 24, 2023, **and you advise the attorney in writing of your payment before the Court enters a default Order**, the PEOPLES GAS COMPANY LLC, F/K/A PEOPLES TWP LLC may be willing to withdraw this Motion without prejudice, if time allows.  If you do file a Response but then pay all the delinquent bills and any security deposit due on your post petition account before the hearing date set by the Court, the PEOPLES GAS COMPANY LLC, F/K/A PEOPLES TWP LLC may be willing to withdraw this Motion without prejudice. **You should take this paper to your lawyer at once.  He or she will explain exactly what is happening, what this means to you and what your options are**.

A **Zoom Video Conference Hearing** will be held on **May 25, 2023, at 1:30 pm** before Judge Carlota M. Bohm via the **Zoom Video Conference Application** ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID:  161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. **All attorneys and Parties may only appear by Zoom and must comply with Judge Bohm's Zoom Procedures, which can be found at https://pawbuscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf** .  The general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of service:  April 5, 2023              GRB Law
                                             Attorneys for Movant

                                             /s/Jeffrey R. Hunt
                                             Jeffrey R. Hunt
                                             PA. ID No. 90342
                                             jhunt@grblaw.com
                                             S. James Wallace
                                             P.A. ID No. 28815
                                             jwallace@grblaw.com
                                             GRB Law
                                             525 William Penn Pl., Suite 3110
                                             Pittsburgh, Pa. 15219
                                             412-281-0587