**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br>RICHARD JACOB HEASLEY <br><br>Debtor(s) <br><br>Ronda J. Winnecour <br>Chapter 13 Trustee, <br>       Movant <br>       vs. <br>No Respondents. | Case No.:19-22927 <br><br>Chapter 13 <br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/24/2019 and confirmed on 10/24/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 79,785.14 |
| Less Refunds to Debtor | 3,818.87 | |
| TOTAL AMOUNT OF PLAN FUND | | 75,966.27 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 3,963.74 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,963.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 49,966.76 | 0.00 | 49,966.76 |
|     Acct: 7404 | | | | |
|   PNC BANK NA | 14,722.87 | 14,722.87 | 0.00 | 14,722.87 |
|     Acct: 7404 | | | | |
| | | | | 64,689.63 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD JACOB HEASLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD JACOB HEASLEY | 2,880.77 | 2,880.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD JACOB HEASLEY | 625.40 | 625.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD JACOB HEASLEY | 312.70 | 312.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAI ROSENBLUM ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 2,463.68 | 0.00 | 2,463.68 |
|     Acct: 7979 | | | | |
| | | | | 2,463.68 |
| **Unsecured** | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7805 | | | | |
|   WEST PENN POWER* | 434.14 | 434.14 | 0.00 | 434.14 |
|     Acct: 8344 | | | | |
|   TW PHILLIPS GAS & OIL** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4259 | | | | |
|   PHOENIX FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0366 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0344 | | | | |
|   LVNV FUNDING LLC | 428.18 | 428.18 | 0.00 | 428.18 |

19-22927 Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 2308 | | | | |
|   PENDRICK CAPITAL PARTNERS II LLC | 572.50 | 572.50 | 0.00 | 572.50 |
|     Acct: 2526 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 80.54 | 80.54 | 0.00 | 80.54 |
|     Acct: 0001 | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURC | 333.86 | 333.86 | 0.00 | 333.86 |
|     Acct: 4425 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9296 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,849.22 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 69,002.53 |

TOTAL CLAIMED
PRIORITY           0.00
SECURED       14,722.87
UNSECURED      1,849.22

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD JACOB HEASLEY

      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:19-22927

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard Jacob Heasley  
    Debtor

Case No. 19-22927-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Mar 03, 2025      Form ID: pdf900      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Jacob Heasley, 334 North Pike Road, Sarver, PA 16055-9737 |
| 15092547 | + | PNC Bank, NA, c/o LML Law Group PC, 701 Market Street, Ste. 5000, BNY Independence Center, Philadelphia, PA 19106-1541 |
| 15106773 | | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15106769 | | PennPower, PO Box 3687, Akron, OH 44309-3687 |
| 15106770 | + | Peoples Twp. Gas, 205 North Main Street, Butler, PA 16001-4904 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2025 03:05:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 04 2025 01:40:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15106768 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2025 03:05:21 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 15127779 | | Email/Text: G06041@att.com | Mar 04 2025 01:41:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15100487 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2025 03:16:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15109927 | | Email/Text: perituspendrick@peritusservices.com | Mar 04 2025 01:40:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15106771 | | Email/Text: info@phoenixfinancialsvcs.com | Mar 04 2025 01:40:00 | Phoenix Financial Services, 8902 Otis Avenue, Indianapolis, IN 46236 |
| 15112104 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 01:40:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15106774 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2025 03:17:46 | Resurgent/LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15093577 | ^ | MEBN | Mar 04 2025 01:07:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15126255 | | Email/PDF: ebn_ais@aisinfo.com | Mar 04 2025 03:28:46 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15126942 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 04 2025 01:41:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 12

Case 19-22927-CMB   Doc 125   Filed 03/05/25   Entered 03/06/25 00:35:00   Desc
Imaged Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: pdf900 | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15106772 | *+ | PNC Bank NA, c/o LML Law Group PC, 701 Market Street, Ste. 5000, BNY Independence Center, Philadelphia, PA 19106-1538 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2025            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Dai Rosenblum | on behalf of Debtor Richard Jacob Heasley dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 7